IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| JASON A. BARNES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL NO. 09-939-GPM |
| | ) | |
| SUSAN JENSEN, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| JASON A. BARNES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL NO. 10-027-GPM |
| | ) | |
| MIKE FISHER, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

**MURPHY, District Judge:**

On the evening of September 25, 2009, Plaintiff Jason Barnes was at home in Granite City. The police knocked on his door, and he let them in. Once Barnes confirmed his identity, the officers told him that he was wanted for questioning in Madison County. Barnes was handcuffed and taken to the city jail. At the jail, Detective Fisher asked Barnes if he knew Samuel Jones. Barnes said yes. Fisher then said that Jones had accused Barnes of robbing him. Barnes denied the charges. He explained that he and Jones had worked together for five months, that they were friends who played ball together and had cookouts together, and that he occasionally borrowed money from Jones.

Apparently Barnes was booked on the charges pending prosecution. As a result, he lost both of his jobs, his apartment, and all his possessions.

Arising from this incident, Barnes filed three separate actions, two of which remain pending. In the two remaining actions, captioned above, Barnes asserts that his constitutional rights were violated in this situation, and he seeks both compensatory and punitive damages from each of the defendants. The allegations are essentially the same; the only difference is that in each action, he names different individuals as defendants who participated in this situation in some way. After reviewing the two remaining cases, the Court finds that these actions should be combined into one.

**IT IS HEREBY ORDERED** that these cases are **CONSOLIDATED** into one action. Going forward, all proceedings in this matter **shall** be filed in *Barnes v. Jensen*, Civil Case No. 09-939-GPM.

The Clerk of Court is **DIRECTED** to file a certified copy of the complaint from *Barnes v. Fisher*, Civil Case No. 10-027-GPM (Doc. 1) into the lead case, Civil Case No. 09-939-GPM.

The Clerk is **FURTHER DIRECTED** to add **MIKE FISHER** as a defendant in the lead case, Civil Case No. 09-939-GPM.

**IT IS FURTHER ORDERED** that *Barnes v. Fisher*, Civil Case No. 10-027-GPM, is now **CLOSED** on the Court's docket. No further filings shall be made in that case.

**IT IS SO ORDERED.**

DATED: 07/13/10

s/ *G. Patrick Murphy*
G. PATRICK MURPHY
United States District Judge